**ORDERED.**

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: April 05, 2010**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03522

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Allen P. Hasbrouck, Jr. and Claudia M. Hasbrouck<br>Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br>Allen P. Hasbrouck, Jr. and Claudia M. Hasbrouck,<br>Debtors, Edward J. Maney, Trustee.<br><br>Respondents. | No. 2:10-bk-01853-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #14) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

LOT 16, BLOCK 14, HIGHPLAINS FILING NO. 3 COUNTY OF WELD STATE OF COLORADO

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.